IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK SHAUN LOVEDAY,** | CIV-S-05-0105 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **CHARLES HARRISON, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Writ of Habeas Corpus be filed on or before December 23, 2005.

DATED: November 9, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
love0105.eot