1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK SHAUN LOVEDAY,

11          Petitioner,                    No. CIV S-05-0105 GEB DAD P

12          vs.

13   M. YARBOROUGH, Warden,

14          Respondent.              FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed April 24, 2006, petitioner was ordered to file his opposition or

17   statement of non-opposition to respondent's December 6, 2005 motion to dismiss within twenty

18   days, and that failure to comply with the court's order would result in a recommendation that this

19   action be dismissed without prejudice. The twenty day period has now expired, and petitioner has

20   not responded to the court's order.

21          Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, petitioner may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1    Findings and Recommendations." Petitioner is advised that failure to file objections within the

2    specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3    F.2d 1153 (9th Cir. 1991).

4    DATED: May 24, 2006.

5

6    _____
     DALE A. DROZD

7    UNITED STATES MAGISTRATE JUDGE

8    DAD:4
     love0105.foppo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26