IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK SHAUN LOVEDAY,

    Petitioner,                    No. CIV S-05-0105 GEB DAD P

    vs.

M. YARBOROUGH,

    Respondent.                 ORDER

_____/

        Petitioner has requested an extension of time to file and serve his amended motion for stay and abeyance pursuant to the court's order of July 21, 2006. Petitioner also requests that the court provide him with a copy of his original motion for a stay and abeyance, filed on July 6, 2006. The court will grant petitioner the additional time and will provide him with a copy of his July 6 motion. However, petitioner is cautioned that no further extensions will be granted for this purpose. In addition, petitioner must maintain his own copies of his pleadings. In the future the court will not provide copies of filed documents.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 21, 2006 request for an extension of time is granted;

        2. Petitioner shall file and serve his amended motion for stay and abeyance on or before October 17, 2006; and

1

3. The Clerk of the Court is directed to provide petitioner with a copy of his motion for a stay and abeyance, filed on July 6, 2006.

DATED: August 28, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
love0105.111(2)

2