IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK SHAUN LOVEDAY,**<br><br>                              Petitioner,<br><br>      v.<br><br>**M. YARBOROUGH, Warden,**<br><br>                              Respondent. | CIV S-05-0105 GEB DAD P<br><br>**ORDER FOR REQUEST FOR ENLARGEMENT OF TIME** |

GOOD CAUSE APPEARING, Respondent's application for a thirty (30) day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on October 3, 2007.

DATED: August 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lov0105.111resp