IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK SHAUN LOVEDAY,

    Petitioner,        No. CIV S-05-0105 GEB DAD P

    vs.

F.B. HAWS, Warden,

    Respondent.        ORDER

_____/

        On August 24, 2007, this court received from the California Court of Appeal for the Third Appellate District a certified copy of the sealed reporter's transcript of petitioner's December 20, 2000 Marsden hearing in the state trial court. The order accompanying the transcript indicates that respondent had requested it and that the Court of Appeal directed that the sealed transcript be forwarded to this court.

        Pursuant to Local Rule 39-141(a), the court will order that the reporter's transcript in question remain sealed until this action is closed and no appeal is pending. Access to the sealed transcript shall only be allowed by order of this court. IT IS SO ORDERED.

DATED: August 30, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
love0105.seal