1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK SHAUN LOVEDAY,

11           Petitioner,                    No. CIV S-05-0105 GEB DAD P

12        vs.

13   M. YARBOROUGH, Warden,

14           Respondent.              ORDER

15   _____/

16          This action is proceeding with petitioner's amended petition filed on July 9, 2007.

17   On August 6, 2007, the court ordered respondent to file his response to the amended petition.  On

18   August 27, 2007, the court granted respondent's request for an extension of time.  The response

19   is now due on October 3, 2007.  Before the court is respondent's request for a copy of the sealed

20   reporter's transcript of petitioner's Marsden hearing.  Respondent explains that in the first claim

21   of his amended petition petitioner alleges that the trial court abused its discretion by "denial self-

22   representation" and that petitioner discusses the Marsden hearing at some length in addressing

23   the claim.  (Req. for Sealed Doc. at 1.)  Because petitioner has placed the Marsden hearing at

24   issue in his habeas petition pending before this court, disclosure of that transcript to counsel for

25   respondent is appropriate in order to provide them an adequate opportunity to respond to

26   petitioner's claims.

1

1    Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is

2  directed to provide respondent with a copy of the sealed reporter's transcript of the December 20,

3  2000 Marsden hearing; respondent shall safeguard his copy of the sealed transcript and avoid

4  disclosure of specific information therein except to the extent necessary to respond to petitioner's

5  claims.

6  DATED: August 31, 2007.

7

8  _____
   DALE A. DROZD

9  UNITED STATES MAGISTRATE JUDGE

10  DAD:4
    love0105.unseal

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26