IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK SHAUN LOVEDAY,

    Petitioner,        No. CIV S-05-0105 GEB DAD P

  vs.

M. YARBOROUGH,

    Respondent.        ORDER

_____/

        Petitioner has requested the appointment of counsel. In orders filed on September 22, 2006, June 18, 2007, and August 6, 2007, the court denied petitioner's prior requests for the appointment of counsel. Petitioner's pending request will also be denied and no further orders will issue on renewed requests for the appointment of counsel. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).

        Accordingly, IT IS HEREBY ORDERED that petitioner's October 29, 2007 motion for appointment of counsel is denied and no further orders will issue on renewed requests for the appointment of counsel.

DATED: November 1, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
love0105.110(3)