1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK SHAUN LOVEDAY,

12              Petitioner,                    2:05-cv-0105-GEB-DAD-P

13        vs.

14   R.B. HAWS, Warden,

15              Respondent.            ORDER

16   _____/

17              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20              On December 15, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty days.  Neither

23   party has filed objections to the findings and recommendations.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                          1

1          1. The findings and recommendations filed December 15, 2008, are adopted in

2  full; and

3          2. Petitioner's application for a writ of habeas corpus is denied.

4  Dated: February 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge